UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Crim. No.  09-299

UNITED STATES OF AMERICA v. <u>Samuel Graves</u>
                                  Defendant

PETITION FOR WRIT OF HABEAS CORPUS:  Your petitioner shows that

1.  **Samuel Graves, SBI #355679B, D.O.B.          1968** is now confined in **Northern State Prison**.

2.  **Samuel Graves** a defendant in the captioned case, will be required at the <u>United States District Court located in Newark, NJ</u> on <u>Tuesday, May 19, 2009</u> at <u>11:30 a.m.</u> for an **Arraignment**, and a Writ of Habeas Corpus should be issued for that purpose.

DATED:  May 11, 2009          /s/ Melissa L. Jampol
                              Melissa L. Jampol
                              Assistant United States Attorney
                              Petitioner - 973-645-3987

ORDER FOR WRIT:  Let the Writ Issue.

DATED: 5/11/09

                              HON. STANLEY R. CHESLER
                              UNITED STATES DISTRICT JUDGE

<u>WRIT OF HABEAS CORPUS:</u>
The United States of America to the Warden of the **NORTHERN STATE PRISON**.
We Command You that you have the body of **Samuel Graves, SBI #355679B, D.O         '1968** (by whatever name called or charged) brought to the <u>United States District Court located in Newark, NJ</u> on <u>Tuesday, May 19, 2009</u> at <u>11:30 a.m.</u>, for an **Arraignment** in the above-captioned matter.  Immediately on completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Stanley R. Chesler
United States District Judge at Newark, N.J.

DATED:                        WILLIAM T. WALSH
   5/11/09                    Clerk of the U.S. District Court
                              for the District of New Jersey

                         Per: _____
                              Deputy Clerk