PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Samuel Graves      **Docket Number:** 09-00299-001
     **PACTS Number:** 54720

**Name of Sentencing Judicial Officer:** The Honorable Stanley R. Chesler
     United States District Judge

**Date of Original Sentence:** 08/16/2010

**Original Offense:** Possession of a Firearm by a Convicted Felon

**Original Sentence:** Time Served; 3 years supervised release.

**Type of Supervision:** Supervised Release      **Date Supervision Commenced:** 08/16/10

**Assistant U.S. Attorney:** Melissa Jampol, 970 Broad Street, Room 502 Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** Michael Gilbert, (Appointed) Epstein, Cohen & Gilberti, LLC, 21 East Front Street, Suite 210, Red Bank, New Jersey 07701 (732) 212-0400

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the special supervision condition which states "**You shall refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you shall submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged by the Court. You shall alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The Probation Officer shall supervise your compliance with this condition.**"<br><br>The offender tested positive for her opiates on September 14, 2010 and November 16, 2010. In addition, he provided verbal admissions of drug use on September 22, October 4, and October 27, 2010. |

PROB 12C - Page 2
Samuel Graves

When the offender relapsed with heroin in September 2010, he was referred for intensive outpatient treatment at Straight and Narrow in Paterson, New Jersey. The treatment plan did not materialize and the offender continued to use heroin. As a result, on October 18, 2010, he was referred to Bergen Regional Medical Center Detoxification program. He completed the program on October 21, 2010, and was referred to Turning Point's inpatient program the same day. The inpatient program was planned to last for ninety days, but the offender left the program after just four (4) days. On October 25, 2010, he left the program against the advise of the program. The applicant continued to use heroin and was returned to Turning Point on October 28, 2010, for their inpatient program. However, on November 12, 2010, the offender was discharged from the program due to his violation of the programs rules. Since his discharge, he has tested positive for heroin.

I declare under penalty of perjury that the foregoing is true and correct.

By: Patrick Hattersley
U.S. Probation Officer
Date: 11/19/10

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

11/19/2010
Date