UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler, U.S.D.J. |
| v. | : | Crim. No. 09-0299 |
| SAMUEL GRAVES | : | <u>ORDER</u> |

This matter having been opened to the Court by the United States (Paul Fishman, United States Attorney, by David Foster, Assistant U.S. Attorney, appearing), for an Order revoking the previously imposed term of supervised release for defendant Samuel Graves, (Michael Gilberti esq., appearing), and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that supervised release should be revoked:

WHEREFORE, it is on this ___ day of January, 2011,

ORDERED that defendant Samuel Graves' original term of three years of supervised release, which was began on August 16, 2010, pursuant to a Judgment is hereby revoked;

IT IS FURTHER ORDERED that defendant Samuel Graves shall be sentenced to a term of imprisonment of Twelve (12) Months,

IT IS FURTHER ORDERED that defendant Samuel Graves shall serve his prison term at the Butner Federal Correction Complex,

IT IS FURTHER ORDERED that defendant Samuel Graves shall be enrolled in an intensive drug treatment program while at the Butner Federal Correction Complex,

IT IS FURTHER ORDERED that defendant Samuel Graves shall be enrolled in alcohol and drug treatment programs while at the Butner Federal Correction Complex,

IT IS FURTHER ORDERED that an additional term of two years supervised release shall be imposed.

_____
STANLEY R. CHESLER
UNITED STATES DISTRICT COURT JUDGE